# NEW CRIMINAL CASE COVER SHEET

(To be used for **all** new Bills of Indictments and Bills of Information)

**U. S. DISTRICT COURT**

**CASE SEALED:** ◯ YES  ● NO

**DOCKET NUMBER:** 3:26-CR-17-MEO

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | | |
|---|---|---|
| **CASE NAME** | :US vs | CHRISTIAN STURDIVANT |
| **COUNTY OF OFFENSE** | : | MECKLENBURG |
| **RELATED CASE INFORMATION** | : | 3:25-MJ-354 CRIMINAL COMPLAINT |
| *Magistrate Judge Case Number* | : | |
| *Search Warrant Case Number* | : | |
| *Miscellaneous Case Number* | : | |
| *Rule 20b* | : | |
| **SERVICE OF PROCESS** | : | ARREST WARRANT ALREADY ISSUED IN 3:25-MJ-354 |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ● Felony

18 U.S.C. § 2339B(a)(1)

**JUVENILE:**  ◯ Yes  ● No

**ASSISTANT U. S. ATTORNEY** : ROBERT J. GLEASON

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving )