IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**CASE#: 3:26-CR-17-MEO-DCK**

UNITED STATES OF AMERICA )
                                 )
      v                             )     DEFENDANT'S **UNOPPOSED**
                                   )     MOTION TO CONTINUE
**CHRISTIAN STURDIVANT**             )     DOCKET CALL
        DEFENDANT            )
_____ )

     **NOW COMES** counsel for Defendant, **Christian Sturdivant**, and hereby presents this Unopposed Motion to Continue the Docket Call / Trial of this matter from February 23, 2026, to a future calendar. In support of this motion, counsel for defendant shows the following:

1.     Defendant was charged in a Bill of Indictment filed January 22, 2026, with a violation of 18 U.S.C. § 2339B(a)(1).

2.     Defendant was arraigned on January 29, 2026.

3.     The current docket call is less than thirty (30) days after arraignment.

4.     The undersigned needs additional time to obtain and review discovery and take any necessary subsequent steps. Failure to grant such a continuance would deny the reasonable time necessary of effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(8)(B)(iv).

5.     The government, AUSA Robert J. Gleason consents to this motion.

     **WHEREFORE**, counsel Moves to Continue this matter off the February 23, 2026 trial calendar to a subsequent term of court, and to correspondingly extend the

deadline to file any pretrial motions.

Respectfully Submitted, this the 11th day of February, 2026,

s/ Roderick M. Wright, Jr.
Bar#: 24716
Attorney for Defendant
Roderick Wright Law Firm, PLLC
19109 W. Catawba Avenue, Suite 200
Phone: (704) 332-2274

**CERTIFICATE OF SERVICE**

I, Roderick M. Wright, Jr., do hereby certify that I have served a copy of the foregoing document via electronic filing through the ECF Notification system, to all parties of record for the government and all co-defendants.

This the 11th day of February, 2026

        s/ Roderick M. Wright, Jr.
        Bar#: 24716
        Attorney for Defendant
        Roderick Wright Law Firm, PLLC
        19109 W. Catawba Avenue, Suite 200
        Cornelius, North Carolina 28031
        Phone: (704) 332-2274