# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:26-cr-00017-MEO-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHRISTIAN STURDIVANT,<br><br>    Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue (Doc. No. 16) ("Motion") trial of this matter from February 23, 2026. Pursuant to 18 U.S.C. § 3161(h)(7)(A), and for the reasons stated in the Motion, the Court finds the ends of justice served by continuance outweigh the interest of the public and Defendant to a speedy trial. Accordingly, the Court **GRANTS** Defendant's Motion to Continue. The Court will also extend the deadline for motions under Rule 12(b)(3), as requested by the Defendant, until Monday, April 13, 2026.

**IT IS, THEREFORE, ORDERED** that trial of this matter be scheduled for the next term of court, which begins May 4, 2026. The Clerk is directed to certify copies of this Order to Defendant, Counsel for Defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

**SO ORDERED.**

Signed: February 12, 2026

Matthew E. Orso
United States District Judge