IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. **3:26-cr-17-MEO-DCK-1** |
| | ) |
| V. | ) NOTICE OF UNAVAILABILITY / |
| | ) REQUEST FOR PROTECTED LEAVE |
| CHRISTIAN STURDIVANT, | ) |
| DEFENDANT | ) |
| _____ | ) |

**NOW COMES**, Roderick M. Wright, Jr., Attorney for the above-named

Defendant, and hereby respectfully gives this Notice of Unavailability / Request for

Protected Leave, to this Honorable Court and the government for the following time

period:

## September 7 – September 18, 2026

Counsel will be out of the country and unavailable for any court hearings in this

matter during the above time, and will not have access to any email or telephone

communications. Counsel does not currently have any matters scheduled which conflict

with the above dates.

Wherefore, Counsel respectfully requests that matters, which would require an

appearance in court, not be scheduled during the above time.

Respectfully submitted, this the 6th day of April, 2026

> s/ Roderick M. Wright, Jr.
> Bar#: 24716
> Attorney for Defendant
> Roderick Wright Law Firm, PLLC
> 19109 W. Catawba Avenue, Suite 200
> Cornelius, North Carolina 28031
> Phone: (704)332-2274
> www.Wright4Justice.com
> attorneywright@yahoo.com

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above **NOTICE OF ATTORNEY UNAVAILABILITY / REQUEST FOR PROTECTED LEAVE** has been duly served on all parties' counsel of record by email service through ECF on this date.

This the 6th day of April, 2026

s/ Roderick M. Wright, Jr.
Bar#: 24716
Attorney for Defendant
Roderick Wright Law Firm, PLLC
19109 W. Catawba Avenue, Suite 200
Cornelius, North Carolina 28031
Phone: (704)332-2274
www.Wright4Justice.com
attorneywright@yahoo.com