IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**CASE#: 3:26-CR-17-MEO-DCK**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | DEFENDANT'S **UNOPPOSED** |
| | ) | MOTION TO CONTINUE |
| **CHRISTIAN STURDIVANT** | ) | DOCKET CALL |
| DEFENDANT | ) | |
| | ) | |

**NOW COMES** counsel for Defendant, **Christian Sturdivant**, and hereby presents this Unopposed Motion to Continue the Docket Call / Trial of this matter from May 4, 2026, to a future calendar. In support of this motion, counsel for defendant shows the following:

1. Defendant was charged in a Bill of Indictment filed January 22, 2026, with a violation of 18 U.S.C. § 2339B(a)(1).

2. Defendant was arraigned on January 29, 2026.

3. Some discovery has been provided, but a significant amount of discovery is outstanding.

4. Defense counsel has been engaged in discussions with Assistant United States Attorney, Robert J. Gleason, and as of today, the FBI forecasts that it will take up to two additional months just to process and provide the existing discovery to the government. Further, the investigation is ongoing.

5. Therefore, additional time is needed to obtain and review discovery and take any necessary subsequent steps. Failure to grant such a

continuance would deny the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. 18

U.S.C. §3161(h)(8)(B)(iv).

6. The government, AUSA Robert J. Gleason consents to this motion.

7. The defendant, who is in custody, consents to this motion.

**WHEREFORE**, counsel Moves to Continue this matter off the May 4, 2026

trial calendar to a subsequent term of court, and to correspondingly extend the

deadline to file any pretrial motions.

Respectfully Submitted, this the 6th day of April, 2026,

s/ Roderick M. Wright, Jr.
Bar#: 24716
Attorney for Defendant
Roderick Wright Law Firm, PLLC
19109 W. Catawba Avenue, Suite 200
Phone: (704) 332-2274
attorneywright@yahoo.com
www.Wright4Justice.com

## CERTIFICATE OF SERVICE

I, Roderick M. Wright, Jr., do hereby certify that I have served a copy of the foregoing document via electronic filing through the ECF Notification system, to all parties of record for the government and all co-defendants.

This the 6th day of April, 2026

s/ Roderick M. Wright, Jr.
Bar#: 24716
Attorney for Defendant
Roderick Wright Law Firm, PLLC
19109 W. Catawba Avenue, Suite 200
Cornelius, North Carolina 28031
Phone: (704) 332-2274
attorneywright@yahoo.com
www.Wright4Justice.com