# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>vs.<br><br>**CHRISTIAN STURDIVANT,**<br><br>*Defendant.* | **DOCKET NO. 3:26-CR-17-MEO**<br><br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL DATE & MOTIONS DEADLINE** |

Christian Sturdivant, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the trial date presently scheduled for June 22, 2026, along with the associated pretrial motions deadline. As grounds therefore, it is averred:

1. On January 29, 2026, Mr. Sturdivant was arraigned on a single count in a Bill of Indictment, charging him attempt to provide material support to a foreign terrorist organization, pursuant to 18 U.S.C. § 2339B(a)(1). He had previously been appointed counsel and ordered detained pending trial.

2. Mr. Sturdivant's previous counsel withdrew on May 5, 2026, and the undersigned was appointed as counsel of record that same day. Undersigned counsel has not received initial discovery in this matter as of the date of this filing.

3. Mr. Sturdivant faces a very substantial sentence if convicted, and plea negotiations are ongoing. Counsel needs additional time to review discovery with Mr. Sturdivant, to fully investigate Mr. Sturdivant's case and possible defenses, and to effectively negotiate with the government and prepare the case for trial.

4.      The time period of this continuance is excludable under 18 U.S.C. § 3161(h)(1), because the Fourth Circuit has specifically found ongoing plea negotiations to be "other proceedings" under the terms of the Speedy Trial Act. *E.g. U.S. v. Keita*, 742 F.3d 184, 188 (4th Cir. 2014); *U.S. v. Leftenant*, 341 F.3d 338, 345 (4th Cir. 2003) (collecting similar authority from other circuits). Thus, this period of delay is excludable as a period of delay resulting from another proceeding concerning the defendant. 18 U.S.C. § 3161(h)(1); *Keita*, 742 F.3d at 188 (affirming that any period of delay due to ongoing plea negotiations is excludable under the Speedy Trial Act). It is also excludable under § 3161(h)(7)(B)(iv), as the need for additional time to allow for effective preparation, taking into account defense counsel's due diligence, outweighs the interests of the public or the defendant in a speedy trial.

5.      For the same reasons stated above, Mr. Sturdivant needs additional time to research related legal and factual issues that may arise from reviewing discovery, interviewing Mr. Sturdivant, and investigating the case.

6.      The government does not oppose the granting of this motion.

**WHEREFORE,** Mr. Sturdivant respectfully requests a continuance of his trial date from the June 22, 2026 term to the next available term of court, and a corresponding extension of the pretrial motion and notice deadline to line up with the Court's next criminal term.

Respectfully submitted:

s/ John Parke Davis
John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720

(704) 374-0722 Fax
jp_davis@fd.org
*Attorney for Christian Sturdivant*

DATE:  May 26, 2026