# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

FILED
CHARLOTTE, NC

JUN 1 2 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA,

V.                           **DOCKET NO. 3:26-CR-17 MEO**

CHRISTIAN STUDIVANT,

**MOTION FOR AMENDMENT OF ORDER OF DETENTION OR REVOCATION OF ORDER OF DETENTION PURSNANT TO 18 USC 3145(b)**

**COMES NOW**, Christian Sturdivant, pro se, and moves this Honorable Court for an order revoking or amending the magistrate judge's order of detention pursuant to **18 USC 3145(b)**

1.

Movant files with this court having original jurisdiction of the offense, this motion for revocation or amendment if the detention order see **18 USC 3145(b).**

2.

This motion shall be determined promptly.

**WHEREFORE,** Movant prays for an order revoking the order of detention as set out in the grounds in His Affidavit and Memorandum of law attached.

Respectfully submitted,

Done this ___5___ day of ___June___, 2026

_Christian Sturdivant_

Christian Sturdivant
Irwin County Dentention
Center, 134 Cotton Drive
Ocilla, georgia 31774