# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

UNITED STATES OF AMERICA,

V.                           **DOCKET NO. 3:26-CR-17 MEO**

CHRISTIAN STUDIVANT,

**AFFIDAVIT IN SUPPORT OF
MOTION TO REVOKE OR AMEND
DETENTION ORDER.**

**COMES NOW**, Christian Sturdivant, pro se, and on my

personal knowledge of the facts states herein states:

1.

I am competent to testify to the matters stated herein and am

under no legal disabilites.

2.

I am not a threat or danger to any person nor to the community

within the meaning of **18 USC 3156.**

3.

that I have strong family ties to the community, length of residence in the community, astudent at Independence High School and home schooled in the Charlotte area.

4.

I have no criminal history and has been a model citizen heretofore.

5.

I was not on probation, parole, or on release pending trial, sentencing, appeal or completion of sentence for an offense under State, or local law at the time of the current offense.

6.

Mainly,I disavow any alligence to any terriost organization and will cooperate with investigators in this matter.

sworn to and subscribed before me *Christian Sturdivant*
a person authorized to administer oaths this ___4th___,
day of ___June___, 2026

_Christian sturdivant_
Christain Sturdivant

Done this ___4th___ day of ___June___, 2026

Christian Sturdivant
Irwin County Dentention
Center, 134 Cotton Drive
Ocilla, georgia 31774