# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHAROLETTE DIVISION

UNITED STATES OF AMERICA

v.                                    DOCKET NO. 3:26-CR-17 MEO

CHRISTIAN STUDIVANT,

## MEMORANDUM OF LAW

COMES NOW, Christian Studivent, pro se, and files this memorandum of law in support of My motion to Amend or Revoke Order of Detention pursuant to **18 USC 3145(b).**

## STATEMENT OF FACTS.

Movant was arrested on a criminal complaint and arrest warrant on December 31, 2025. He was subsequently brought before the United States Magistrate on January 02, 2026, where the magistrate ordered His detention.

Case 3:26-cr-00017-MEO-DCK    Document 26-2    Filed 06/12/26    Page 1 of 5

A federal grand jury later issued an indictment charging Movant with violation of **18 USC 2339(b)(1).** Movant brings this Memo in support of Motion to Revoke or Amend the Detention Order.

**ISSUE PRESENTED:**

> **DID THE MAGISTRATE COURT ERR WHEN IT ISSUED AND ORDER OF DENTENTION? WAS THERE CLEAR AND CONVINCING EVIDENCE OF THAT NO CONDITIONS OR COMBINATION OF CONDITIONS WOULD REASONABLY ASSURE MOVANT'S APPEARANCE AT TRIAL?**

**BRIEF ANSWER; YES**

**ARGUMENT:**

The United States Court of Appeals for the Third circuit has held that danger to the community used for detention usually refers to physical danger. **UNITED STATES V. HIMLER, 797 F.2d 156 (3rd Cir. 1986).**

**18 USC 3156** Another district court has held the release of a defendant with a prior history because the government couldn't prove a physical danger that couldn't be mitigated by home confinement. **UNITED STATES V. GIORDANO, 370 F.SUPP. 2D 1256 ( S.D. FLA 2005).**

Mainly, in this case, Movant cites **United States v. Goba, 240 F. Supp 2d 242** where five defendants were charged with the same offense as Movant had traveled to Pakistan and received training for Al-Quida and U-sama-bin Laden, and despite such, one received bail after he disvowed the organization and returned to the United States.

(1) In this case at bar, Movant never traveled outside of the United States to receive any training. **(2)** Movant has no criminal history went to high school at Independence High and received home schooling. **(3)** Movant was not on probation, parole or on release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, state, or local law at the

time of this current offense. **(4)** Mainly, Movant disavows any allegience to any terroist organization and will cooperate with investigators in this matter.

   **WHEREF0RE,** the Government did not meets its burden by clear and convincing evidence that there is no condition or combination of conditions that will reasonably assure the appearance of Movant for trial.

Respectfully submitted,

done this ___5___ day of __June__ , 2026

_Christian Studivant_
Christian Studivant

## CERTIFICATE OF SERVICE

I, Christain Studivant, hereby certify that I have served upon the United States a true and Correct copy of same by placing in the institutional mail with sufficient post on this _____ day of _____,
2026.