Christian Studivant
Irwin County Detention Center
134 Cotton Drive
Ocilla, GA. 31774

LaSalle Southeast
Ocilla, Georgia
This letter is being mailed by an
inmate/Detainee of this facility
The Administration has not reviewed the contents.
LaSalle Southeast does not assume
Responsibility for the written contents.

RECEIVED
Charlotte, NC

JUN 12 2026

Clerk, US District Court
Western District NC

United States District Court
Western
401 West Trade Street, Room 130I
Charlotte, NC 28202

28202-163999

INDIGENT

JACKSONVILLE RPDC 328
9 JUN 2026   PM L
quadient
FIRST-CLASS MAIL
IMI
$001.03
06/08/2026 ZIP 31774
043M31238591
US POSTAGE