UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-CR-00017-MEO-DCK

UNITED STATES OF AMERICA,

v.

CHRISTIAN STURDIVANT,

Defendant.

ORDER

**THIS MATTER** is before the Court on the United States' Motion for a Classified Conference Pursuant to 18 U.S.C. App. III § 2 and Motion to Appoint Classified Information Security Officer ("CISO") (Doc. No. 27). Upon consideration of the Government's motion and for the reasons set forth therein, the motion is **GRANTED**.

**IT IS, THEREFORE, ORDERED** that:

1. William S. Noble is appointed as CISO;

2. Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, and Winfield S. "Scooter" Slade are appointed as Alternate CISOs; and

3. The Court shall hold a Classified Conference Pursuant to 18 U.S.C. App. III § 2 on August 5, 2026 at 1:30 pm in Courtroom #4A, 401 W Trade St, Charlotte, NC 28202.

**SO ORDERED.**

Signed: August 4, 2026

Matthew E. Orso
United States District Judge