UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:26-cr-00017-MEO-DCK

UNITED STATES OF AMERICA,

v.

CHRISTIAN STURDIVANT,

Defendant.

ORDER

THIS MATTER is before the Court on the parties' Joint Motion to Continue and Certify the Case as Complex. (Doc. No. 28). Pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(ii), and for the reasons stated in the Motion, the Court finds the case is so unusual and complex due to the nature of the prosecution that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. The Court further finds the ends of justice are served by scheduling a trial beyond the timeframe generally required by the Speedy Trial Act and that these circumstances outweigh the interest of the public and Defendant to a speedy trial. Accordingly, the Court GRANTS the parties' motion.

IT IS, THEREFORE, ORDERED that:

1. The parties' Joint Motion to Continue and Certify the Case as Complex. (Doc. No. 28) is GRANTED;

2. The case is certified as unusual and complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

3. Trial in this matter is continued from August 26, 2026, and will be reset once the Classified Information Procedures Act process is complete; and

4. The Court shall hold a status conference in this matter on September 3, 2026, at 12:00 pm.

**SO ORDERED.**

Signed: August 5, 2026

Matthew E. Orso
United States District Judge

2